UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

RECEIVED
USDC CLERK, GREENVILLE, SC

2006 FEB -6  A 11: 04

Terrell J. Woodley,

          Plaintiff,

-vs-

Jo Anne Barnhart, Commissioner,
Social Security Administration,

          Defendant.

Civil Action No. 6:04-22228-SB

**ORDER**



This matter is before the Court on the Plaintiff's action for review of the Commissioner's final decision denying continued Supplemental Security Income benefits. By local rule, the action was referred to United States Magistrate Judge William M. Catoe for preliminary proceedings.

On January 9, 2006, the Magistrate Judge issued a report analyzing the issues and recommending that the Commissioner's decision be reversed and the action be remanded to the Commissioner for further proceedings. Pursuant to 28 U.S.C. § 636(b), any party dissatisfied with the recommendations made by a Magistrate Judge may file specific, written objections within ten days of its issuance. To date, no such objections have been filed.

Absent timely objection from a dissatisfied party, a district court is not required to review, under a de novo or any other standard, a magistrate judge's factual or legal conclusions. Thomas v. Arn, 474 U.S. 140, 150 (1985). Here, since objections were not filed, there are no portions of the report and recommendation to which a de novo review must be conducted.

Accordingly, based on the foregoing, it is

ORDERED that the Magistrate Judge's report and recommendation is affirmed and adopted as the order of this Court; that the Commissioner's decision is hereby reversed; and that this action is remanded to the Commissioner, pursuant to 42 U.S.C. § 405(g), sentence four, for proceedings consistent with this order and with the report and recommendation.

**IT IS SO ORDERED.**



Sol Blatt, Jr.
Senior United States District Judge

February 2, 2006
Charleston, S.C.